# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| HAYDEN GRIFFITH,<br><br>        Plaintiff,<br><br>vs.<br><br>CANEY VALLEY PUBLIC SCHOOLS, et al.,<br><br>        Defendants. | Case No.15-CV-273-GKF-FHM |

## OPINION AND ORDER

Plaintiff's Motion to Expedite or Accelerate Preliminary Injunction Hearing, [Dkt. 2], is GRANTED. A hearing on Plaintiff's Motion for Preliminary Injunction or Permanent Injunction, [Dkt. 3], will be heard before the undersigned United States Magistrate Judge on Tuesday, May 19, 2015 at 10:00 am, in Courtroom 1 on the third floor of the Page Belcher Federal Building, 333 W. 4th Street, Tulsa, Oklahoma.

Plaintiff's counsel are directed to serve this order on Defendant's counsel in an expeditious manner. Defendant is encouraged to file a response to Plaintiff's motion in advance of the hearing.

SO ORDERED this 18th day of May, 2015.

_Frank H. McCarthy_
FRANK H. McCARTHY
UNITED STATES MAGISTRATE JUDGE