# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OKLAHOMA

HAYDEN GRIFFITH,

    Plaintiff,

vs.

CANEY VALLEY PUBLIC SCHOOLS, et al.,

    Defendants.

Case No.15-CV-273-GKF-FHM

## **OPINION AND ORDER**

Defendant's Motion to Dismiss Plaintiff's Complaint, [Dkt. 14], has been referred to the undersigned United States Magistrate Judge for Report and Recommendation. The motion was filed on May 18, 2015. No response brief opposing the motion has been filed.

Pursuant to LCvR 7.2(f), if a dispositive motion is not opposed the Court may provide an additional fourteen days, after which the case will be dismissed, or the motion will be deemed confessed, as appropriate. In accordance with the foregoing rule, Plaintiff has until July 14, 2014 to file a response opposing the motion to dismiss. Failure to file a brief within that time will result in a recommendation to the district court judge that the motion to dismiss be granted.

SO ORDERED this 30th day of June, 2015.

*Frank H. McCarthy*
FRANK H. McCARTHY
UNITED STATES MAGISTRATE JUDGE